**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF GEORGIA**

| | |
|---|---|
| **IN RE:**<br>WILLIE JAMES SHANNON<br>106 PERDUE DRIVE<br>MACON, GA  31211 | **CHAPTER 13**<br><br>**Case Number:** 05-50270-RFH<br><br>**ATTORNEY:**  RANDALL & NESTOR, P.C. |

**TRANSMITTAL OF UNCLAIMED FUNDS**

Now comes the Chapter 13 trustee and transmits to William E. Tanner, Clerk of the United States Bankruptcy Court, the sum of $347.84 in unclaimed funds on behalf of the above-referenced debtor.  The last known address for the creditor is as follows:

FRIEDMAN'S INC
P.O. BOX 3999
SAINT JOSEPH, MO 64503-9999

**DATED:** October 15, 2009

/s/ Camille Hope

**Camille Hope, Trustee**
**P.O. Box 954**
**Macon, GA 31202**
**(478) 742-8706**